A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Jul 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 24, 2010**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**CV 10-7424-GW(PJWx)The Upper Deck Co., LLC,et al. v. United Parcel Service, Inc.**

**IN RE: UNITED PARCEL SERVICE "AIR-IN-GROUND"
MARKETING AND SALES PRACTICES LITIGATION**

The Upper Deck Co., LLC, et al. v. United Parcel Service, Inc., )
S.D. California, C.A. No. 3:10-585                              )          MDL No. 2153

FILED
CLERK, U.S. DISTRICT COURT

10-05-2010

CENTRAL DISTRICT OF CALIFORNIA
BY: T.Durant DEPUTY

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 8, 2010, the Panel transferred two civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp.2d___ (J.P.M.L. 2010).  With the consent of that court, all such actions have been assigned to the Honorable George H. Wu.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Wu.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of June 8, 2010, and, with the consent of that court, assigned to the Honorable George H. Wu.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**I hereby attest and certify on** 10-5-2010
**that the foregoing document is full, true
and correct copy of the original on file in
my office, and in my legal custody.**

**CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**
T.Durant
**DEPUTY CLERK**

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION